

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Peter Klassen,

\* From the 106th District Court
of Gaines County,
Trial Court No. 19-08-18199

Vs. No. 11-19-00266-CV

\* July 15, 2021

Gaines County, Texas, and
Gaines County Deputy Sheriffs
Ken Ketron and Clint Low,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Peter Klassen.